(9/16) Complaint for a Civil Case

FILED JUL 9 '25 PM 4:38
MDGA-MAC

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

**Appendix A**

Michael Joel Rozier
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

MCCALLA RAYMER LEIBERT PIERCE, LLC + NEW AMERICAN FUNDING, LLC
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Joel Rozier
Street Address: 101 George Oxford Drive
City and County: Macon, Bibb
State and Zip Code: Georgia, 31220
Telephone Number: (857) 229-0440, (912) 245-5013
E-mail Address: mjrozier0@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

19

(9/16)'Complaint for a Civil Case

Defendant No. 1
    Name: McCALLA RAYMER LEIBERT PIERCE, LLC
    Job or Title (if known):
    Street Address: 1544 OLD ALABAMA RD ROSWELL, GA 30076
    City and County: Roswell, Fulton
    State and Zip Code: Georgia, 30076
    Telephone Number: (770) 643-7200
    E-mail Address (if known): marty.stone@mccalla.com

Defendant No. 2
    Name: NEW AMERICAN FUNDING, LLC
    Job or Title (if known):
    Street Address: 14511 Myford Rd. Suite 100
    City and County: Tustin
    State and Zip Code: CA, 92780
    Telephone Number: (800) 890-1057, (800) 893-5304, (800) 450-2010 ext. 7100 (888) 884-5314
    E-mail Address (if known): customerservice@nafinc.com

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

(9/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. § 1441, 28 U.S.C. § 1443, 28 U.S.C. § 1446, 42 U.S.C. § 1983, 42 U.S.C. § 1985, 42 U.S.C. 1986, 15 U.S.C. § 1692, 15 U.S.C. § 1601, 12 U.S.C. § 2605, U.S. Constitution Amend I, IV, V, VI, VII, XIV, VI clause 2, Article 17

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ . is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ . is incorporated under the laws of the State of *(name)* _____ . and has its principal place of business in the State of *(name)* _____ .

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ . is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b. If the defendant is a corporation

21

(9/16) Complaint for a Civil Case

The defendant. *(name)* _____ . is incorporated under the laws of the State of *(name)* _____ . and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ .
and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Property Fraud - The defendants filed false paperwork and tried to take my home without legal ownership or a valid contract.
2. Wrongful Foreclosure - The defendants attempted to foreclose on my home without standing, a valid loan agreement, or lawful authority. (See attach' additional pages)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000 in damages for emotional distress, financial loss, reputational harm, and unlawful interference with property rights.
2. An order restoring title and ownership of the property located at 101 George Oxford Drive, Macon, GA and clearing all fradulent liens and filings.
3. An injunction to stop foreclosure actions or further attempts to take the property without lawful authority.
4. Punitive damages to deter the defendants and other from engaging in similar conduct.
5. A jury trial on all issues so triable.
6. Any other relief the court deems just and proper.

22

**Attachment to Section III - Statement of Claim (Page 22)**

**Continued - Causes of Action**

## 1. Property Fraud

The defendants filed false paperwork and tried to take my home without legal ownership or a valid contract.

## 2. Wrongful Foreclosure

The defendants attempted to foreclose on my home without standing, a valid loan agreement, or lawful authority.

## 3. Slander of Title

They recorded false documents in the public record that harmed my ownership rights and made it look like I don't own my home.

## 4. Violation of Due Process

The defendants took action against my property without proper notice, a fair hearing, or proof of lawful standing, violating my constitutional rights.

## 5. Deprivation of Rights Under Color of Law

The defendants used the legal system to take my property without cause, violating my rights under federal law.

## 6. Civil Rights Violation

I was denied equal protection and due process under the law, in violation of my civil rights.

## 7. Fraud and Misrepresentation

The defendants lied about owning the loan and failed to disclose the true terms and conditions.

## 8. Emotional Distress

Their actions caused fear, stress, and emotional damage to me and my family.

## 9. Conspiracy to Commit Fraud

The defendants worked together to illegally take my property through lies and forged documents.

## 10. Civil RICO Violation

The defendants used a pattern of fraud and deceptive acts across multiple documents to benefit financially from illegal foreclosure.

(9/16)'Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 9, 2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Michael Rozier

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

**APPENDIX B**