IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL JOEL ROZIER,                          *

              Plaintiff,                    *

v.                                                                Case No. 5:25-cv-00295-MTT

                                            *

MCCALLA RAYMER LEIBERT PIERCE LLP
et al,                                                      *

              Defendants.                  *

---

## **J U D G M E N T**

Pursuant to this Court's Order dated April 29, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk